■ RONALD RILEY, Appellant, v CITY OF NEW YORK, Defendant, and NOR-COURT MANAGEMENT, INC., et al., Respondents. [854 NYS2d 400]—Judgment, Supreme Court, Bronx County (Douglas E. McKeon, J.), entered November 16, 2006, dismissing the complaint, unanimously affirmed, without costs.

Plaintiff tripped over the top edge of a cellar door that was slightly elevated above the sidewalk, and his own deposition testimony established that the accident occurred in daylight in an area that he traveled on a daily basis. Defendants' motion established prima facie entitlement to summary judgment on the ground that the alleged defect was trivial, did not constitute a trap or nuisance, and was not actionable as a matter of law (*see Trincere v County of Suffolk*, 90 NY2d 976 [1997]; *Martin v Lafayette Morrison Hous. Corp.*, 31 AD3d 300 [2006]). Plaintiff failed to raise a material issue of fact in opposition. Concur—Tom, J.P., Saxe, Nardelli and Williams, JJ.